UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MIRIAM KINGSBERRY,**
as Parent and Next Friend
of Minor Child, B.C.,
    **Plaintiff,**

v.

**DISTRICT OF COLUMBIA** *et al.*,
    **Defendants.**

Civil Action No. 03-2378 (RMU/HHK)

**ORDER**

By a Minute Order issued on March 14, 2005, this case was referred to me by Judge Urbina to resolve plaintiff's Motion for Attorney Fees. In the same Minute Order, Judge Urbina stated the following: "The parties are expected to come to a prompt resolution of the plaintiff's motion and to provide the court with a joint status report on or before May 1, 2005." Minute Order, Mar. 14, 2005. It appearing that the parties have not yet filed a status report, it is, hereby,

**ORDERED** that, by June 10, 2005, the parties file a joint status report regarding their attempts to resolve the attorney's fee dispute.

    **SO ORDERED.**

                                                          _____
                                                          JOHN M. FACCIOLA
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: