UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIRIAM KINGSBERRY,<br>Parent and Next Friend of "Minor,"<br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br>    Defendants. | Civil Action No. 03-2378(RMU/JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Motion for an Award of Attorneys' Fees and Costs is **GRANTED in part and DENIED in part.** Within 10 days of the date of this Order, defendants shall pay plaintiff $27,181.13.

    **SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: